UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

VINCENT CLEMENT, on behalf of himself and all others similarly situated,

                         Plaintiff,

-v.-

ROBELEN CHEMISTS, INC.,

                         Defendants.

-----------------------------------------------------------------x

Civil Action No: 1:23-cv-1850

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 27, 2023

| For Plaintiff Vincent Clement | For Defendant Robelen Chemists, Inc. |
|---|---|
| *s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>mrozenberg@steinsakslegal.com | *s/Nolan Keith Klein*<br>Nolan Keith Klein<br>Law Office of Nolan Klein P.A.<br>5550 Glades Road Suite 500<br>Boca Raton, FL 33431<br>Ph: 954-745-0588<br>klein@nklegal.com |

**So Ordered.**

s/Nicholas G.Garaufis
_____
Hon. Nicholas G. Garaufis
**Date:** 12/19/23